United States District Court
Eastern District of Michigan
Southern Division

United States of America,

          Plaintiff,

v.

Emmette Deon Gilkie,

          Defendant.

Case No. 18-cr-20588

Honorable Terrence G. Berg

---

### AMENDED PRELIMINARY ORDER OF FORFEITURE
---

Based upon the Stipulation of the parties and Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and Federal Rules of Criminal Procedure 32.2 and 36, the Preliminary Order of Forfeiture entered against Defendant on April 30, 2020 (ECF No. 31*)*, is hereby amended to correct the property description of the forfeited property to include the following: One (1) Remington, .30-06 Semi-Auto Rifle, Model 742 Woodmaster, Serial No. B7233298.  The Court incorporates the Preliminary Order of Forfeiture (ECF No. 31) by reference, and **AMENDS** the list of property identified for forfeiture to the following:

    a.    One (1) Remington, .30-06 Semi-Auto Rifle, Model 742 Woodmaster, Serial No. B7233298

(Hereinafter, the "Forfeited Property").

All other terms of the Preliminary Order of Forfeiture remain in effect and

the Preliminary Order of Forfeiture shall not be amended in any other respect.

The Court shall retain jurisdiction to enforce this Amended Preliminary Order of Forfeiture and to further amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Court further orders that the Amended Judgment entered on June 16, 2020 (ECF No. 33) shall be amended to reflect the corrected list of forfeited property identified above.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

Date: January 21, 2021         /s/Terrence G. Berg
                               HONORABLE TERRENCE G. BERG
                               UNITED STATES DISTRICT JUDGE